UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BURT BOBBY DANIELS,

    Plaintiff,

  v.

LIN-MARIE NACHT, *et al.,*

    Defendants.

CASE NO. C09-1184-RSL-JPD

REPORT AND RECOMMENDATION

Plaintiff Burt Bobby Daniels has presented to this Court for filing a civil rights complaint under 42 U.S.C. § 1983. He alleges therein that defendants Lin-Marie Nacht and Bruce Shamulka, both of whom are attorneys appointed to represent plaintiff in proceedings before the King County Superior Court, have engaged in unethical conduct and have denied plaintiff his right to effective assistance of counsel. Plaintiff has also presented to this Court an application to proceed with this action *in forma pauperis*. Plaintiff seeks to be compensated for the alleged unlawful actions of defendants.

In order to sustain a cause of action under 42 U.S.C. § 1983, a plaintiff must assert that (a) the defendant acted under color of state law, and (b) the defendant's conduct deprived the plaintiff of a constitutional right. *Rinker v. Napa County*, 831 F.2d 829, 831 (9th Cir. 1987). Neither private

attorneys nor public defenders are considered state actors for purposes of bringing suit under § 1983. *See Polk County v. Dodson*, 454 U.S. 312 (1981)(a public defender does not act under color of state law when performing a lawyer's traditional functions as counsel to a defendant in a criminal proceeding). As plaintiff makes clear in his complaint that the named defendants have been appointed to represent him in ongoing state court proceedings, and as plaintiff's claims go to the quality of that representation, plaintiff may not maintain an action against defendants Nacht and Shamulka under § 1983.

Accordingly, this Court recommends that this action be dismissed and that plaintiff's application to proceed *in forma pauperis* be denied as moot. A proposed Order accompanies this Report and Recommendation.

DATED this 23rd day of September, 2009.

*/s/ James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2