UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BURT BOBBY DANIELS,

    Plaintiff,

    v.

LIN-MARIE NACHT, *et al*.,

    Defendants.

CASE NO. C09-1184-RSL

ORDER DISMISSING ACTION AND DENYING *IN FORMA PAUPERIS* APPLICATION AS MOOT

The Court, having reviewed plaintiff's complaint, plaintiff's application to proceed *in forma pauperis*, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     This action is DISMISSED.

(3)     Plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

ORDER DISMISSING ACTION AND
DENYING IN FORMA PAUPERIS
APPLICATION AS MOOT
PAGE - 1

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 20th day of October, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION AND
DENYING IN FORMA PAUPERIS
APPLICATION AS MOOT
PAGE - 2